IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-mc-131

In Re:                                          )
                                                )         ORDER
MONWAZEE BOSTON                                 )
_____)

**THIS MATTER** is before the Court for summary contempt proceedings, pursuant to 18 U.S.C. § 401(1) and Fed. R. Crim. P. 42(b).

The Court certifies the following basic facts[1]: on August 9, 2012, during the trial of Gary Mountcastle, Damien Cosme Cisneros, and Demorris Anderson, (Case No. 3:11-cr-3), Monwazee Boston was called as a witness and pleaded the Fifth Amendment upon being questioned. The Court informed Monwazee Boston of a previously entered Order, (Case No. 3:11-cr-3, Doc. No. 357), granting him immunity in the subject area of the questioning and ordered him to testify. Monwazee Boston persisted in pleading the Fifth and refused to answer questions in disobedience of a lawful order. The Court observed all of this conduct.

**IT IS, THEREFORE, ORDERED** that Monwazee Boston is found in contempt of court and sentenced to five month's and twenty day's in jail consecutive to any other term of imprisonment.

Signed: August 30, 2012

Robert J. Conrad, Jr.
Chief United States District Judge

---

[1] The Court made more detailed factual findings in open court as reflected in the transcript filed with this Order, which the Court incorporates by reference.